UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHINA MOBILE GAMES & ENTERTAINMENT GROUP, LTD SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | CASE NO. 1:14-CV-04471 (KMW) |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION AND THE PLAN OF ALLOCATION**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's May 25, 2017 Order Preliminarily Approving Settlement And Providing For Notice Of Proposed Settlement (the "Preliminary Approval Order") (Dkt. No. 123), on September 14, 2017 at 2:30 p.m., before the Honorable Kimba M. Wood, in Courtroom 18B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Lead Plaintiff Johnnie Dormier and named plaintiffs Edward McCaffery, and Charlie Chun (collectively "Plaintiffs"),[1] will and hereby do move the Court to: (1) grant final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation; (2) certify the Settlement Class; and (3) approve the proposed Plan of Allocation for distribution of the Settlement Fund.  This motion is based on this Notice of Motion; the Memorandum of Law in Support Thereof; the Declaration of Kara M. Wolke in Support of: (I) Plaintiffs' Unopposed Motion for Final Approval of Settlement, Class Certification and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Lead Counsel is unaware of any opposition to this motion. Pursuant to the Preliminary Approval Order, any objection to any aspect of the Settlement or the Plan of Allocation must be filed on or before August 24, 2017.  To date, no objections have been filed.

---

[1] All capitalized terms that are not otherwise defined herein have the same meanings as set forth in the Stipulation of Settlement ("Stipulation") dated and filed with the Court on May 22, 2017. Dkt. No. 121-1.

Proposed orders granting the requested relief will be submitted with Plaintiffs' reply papers after the deadline for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Respectfully submitted,

DATED: August 10, 2017  **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Kara M. Wolke*
Robert V. Prongay
Kara M. Wolke
Elaine Chang
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kwolke@glancylaw.com

-and-

**GLANCY PRONGAY & MURRAY LLP**
Lesley F. Portnoy (LP-1941)
230 Park Ave., Ste. 530
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

*Lead Counsel for Plaintiff Johnnie Dormier and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Jonathan Stern
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: info@rosenlegal.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel for Plaintiffs*

4

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 10, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 10, 2017.

*s/ Kara M. Wolke*
Kara M. Wolke

# Mailing Information for a Case 1:14-cv-04471-KMW In re CHINA MOBILE GAMES & ENTERTAINMENT GROUP, LTD SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Koon-Pon Chan**
  kchan@rosenlegal.com

- **Elaine Chang**
  echang@glancylaw.com

- **Andrew Brian Clubok**
  aclubok@kirkland.com,kenymanagingclerk@kirkland.com,kirkland-ellis-5610@ecf.pacerpro.com,ecf-0d7718e02313@ecf.pacerpro.com

- **Gregory M. Egleston**
  egleston@gme-law.com,tjmlaw2001@yahoo.com

- **Richard William Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,klenahan@faruqilaw.com,dbehnke@faruqilaw.com

- **Adam Selim Hakki**
  ahakki@shearman.com,managing-attorney-5081@ecf.pacerpro.com,Courtalert@shearman.com,manattyoffice@shearman.com,adam-hakki-1816@ecf.pacerpro.com

- **Jeffrey D. Hoschander**
  jeff.hoschander@shearman.com,managing-attorney-5081@ecf.pacerpro.com,jeff-hoschander-3330@ecf.pacerpro.com,CourtAlert@Shearman.com,manattyoffice@shearman.com,riley.cook@shearman.com

- **Adam Thomas Humann**
  ahumann@kirkland.com,kenymanagingclerk@kirkland.com,eric.dellon@kirkland.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com,managing-attorney-5081@ecf.pacerpro.com,daniel-lewis-6070@ecf.pacerpro.com,CourtAlert@Shearman.com,manattyoffice@shearman.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,jsnematzadeh@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com

- **Eric Scott Merin**
  merine@pepperlaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,echang@glancylaw.com

- **Laurence M. Rosen**

lrosen@rosenlegal.com

- **John Jian Song**
  john.song@kirkland.com,kenymanagingclerk@kirkland.com

- **Nathan Edmund Taylor**
  Nathan.Taylor@lw.com

- **Kara M. Wolke**
  kwolke@glancylaw.com,info@glancylaw.com

- **Leopoldo Joaquin Yanez**
  leopoldo.yanez@kirkland.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`